UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 22-cr-336 (DWF/DJF)

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) GOVERNMENT'S MOTION FOR A<br>) ONE-WEEK CONTINUANCE OF ALL |
| v. | ) PRETRIAL DEADLINES AND<br>) HEARINGS |
| CLINTON JAMES WARD, ET AL., | )<br>) |
| Defendants. | ) |

COMES NOW the United States of America, by and through its undersigned attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Thomas M. Hollenhorst, Assistant United States Attorney, and hereby moves this Honorable Court for a one-week continuance of all pretrial deadlines and hearings in this case. In support of this motion, the government states as follows.

1. On July 25, 2024, the grand jury returned a 15-defendant Superseding Indictment in this case. Arrests followed beginning on August 6, 2024. One defendant is hospitalized and has not yet been arrested. The others have all been arrested.

2. By prior order of the Court (Doc. 128), the government has been directed to provided discovery by August 21, 2024. The government is still compiling and processing the discovery materials including materials generated from the recent arrests of the defendants. In all, the discovery materials exceed 200 gigabytes of data and will need to be transferred to media devices for each defense counsel. This time-consuming project has begun but will not be completed for at least another several days.

3.  The defense counsel have all indicated that they have no objection to this motion provided that all the other pretrial deadlines and hearings be continued for at least another week as well.

WHEREFORE, the government requests this Honorable Court to grant a one-week continuance of all pretrial deadlines and hearings previously scheduled in this case.

Dated:  August 21, 2024                    Respectfully submitted,

ANDREW M. LUGER
United States Attorney

s/ *Thomas M. Hollenhorst*

BY: THOMAS M. HOLLENHORST
Assistant United States Attorney
Attorney ID No. 46322